# EXHIBIT A

**Subject:** SECURE: Notification Information
**From:** "Montenegro, Valentin" <VMontenegro@stanfordchildrens.org>
**To:** "blam@sacfirm.com" <blam@sacfirm.com>
**Date:** Jul 3, 2018 9:37:54 AM

Hi Barbara,

Please see the attached info related to the notification process for ▉▉▉▉▉▉▉ (70438369)

**09/24/14 -**



**09/26/14 -**

