# EXHIBIT B

**Subject:** SECURE: Notification Information
**From:** "Montenegro, Valentin" <VMontenegro@stanfordchildrens.org>
**To:** "blam@sacfirm.com" <blam@sacfirm.com>
**Date:** Jul 3, 2018 9:37:54 AM



04/20/2015 -